# United States District Court
NORTHERN DISTRICT OF CALIFORNIA


E-filing

George Bailey,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 08 3104 MMC

The Permanente Medical Group, Inc., et al.

TO: (Name and address of defendant)

The Permanente Medical Group, Inc.
1800 Harrison Street, Floor 7
Oakland, California 94612

*And all named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Kalkin, 120791
Roboostoff & Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104

415-732-0282

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUN 26 2008
DATE

Helen L. Almacen

(BY) DEPUTY CLERK