UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BAILEY, | No. C08-03104 MMC (JCS) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| THE PERMANENTE MEDICAL GROUP, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **March 9, 2009, at 9:30 a.m.,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: February 9, 2009

JOSEPH C. SPERO
United States Magistrate Judge