1  Scott Kalkin, State Bar No. 120791
   **ROBOOSTOFF & KALKIN**
2  A Professional Law Corporation
   369 Pine Street, Suite 610
3  San Francisco, California 94104
   Tel: (415) 732-0282
4  Fax: (415) 732-0287

5  Attorney for Plaintiff George Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| George Bailey, | ACTION NO: C 08-3104 MMC |
|---|---|
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| The Permanente Medical Group, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, George Bailey, M.D., hereby substitutes himself, as his attorneys of record, in place of Scott Kalkin of Roboostoff & Kalkin, A Professional Law Corporation, in the above-entitled action.

//

//

---

Substitution of Attorney
Case Number: C 08-3104 MMC

1

1  Dr. Bailey's address is 70565 Boothill Road, Rancho Mirage, CA 92270-3469. His
2  phone number is 760-324-8651.
3  The undersigned hereby accept and consent to this substitution.

5  Dated: 2/24/09

_____
George Bailey, M.D.

ROBOOSTOFF & KALKIN

Dated: 2-26-09

By: _____
Scott Kalkin

IT IS SO ORDERED:

Dated: February 27, 2009

_____
Judge of the United States
District Court

Substitution of Attorney
Case Number: C 08-3104 MMC

2