1  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH - 119065
2  rlynch@hansonbridgett.com
   JILL N. CARTWRIGHT - 209479
3  jcartwright@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   The Permanente Medical Group, Inc.; The Permanente
7  Medical Group, Inc., Group Life Insurance Plan; The
   Permanente Medical Group, Inc., Supplemental Medical
8  Plan; The Permanente Medical Group's Group Long
   Term Care Insurance Plan; Kaiser Foundation Health
9  Plan, Inc.; The Permanente Medical Group, Inc., Health
   Plan; The Permanente Medical Group, Inc., Dental Plan;
10 The Retirement Plan for Physicians and Salaried
   Employees of The Permanente Medical Group, Inc.; The
11 Supplemental Retirement Plan for Physicians and
   Salaried Employees of The Permanente Medical Group,
12 Inc.; and The Permanente Medical Group, Inc. Retiree
   Health Benefit Plan

13

14 GEORGE BAILEY, M.D.
   fatpest@yahoo.com
15 70565 Boothill Road
   Rancho Mirage, CA  92270
16 Telephone: (760) 285-1901
   Facsimile:   (760) 324-8651
17
   In Pro Per
18

19

20                    **UNITED STATES DISTRICT COURT**

21                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

22                         **SAN FRANCISCO DIVISION**

23 | GEORGE BAILEY,                    | No. CV 08-3104 MMC
24 |            Plaintiff,             | **STIPULATION AND [PROPOSED]**
   |                                   | **ORDER TO CONTINUE CASE**
25 |     v.                            | **MANAGEMENT CONFERENCE** ; ORDER
26 | THE PERMANENTE MEDICAL            | Action Filed:     June 26, 2008
   | GROUP, INC., *et al.*,            |
27 |                                   |
   |            Defendants.            |
28

- 1 -
STIPULATION AND [PROPOSED ORDER REGARDING CASE
MANAGEMENT CONFERENCE (CV 08-3104 MMC)                      1861622.1

- 2 -

It is hereby stipulated by and between Defendants The Permanente Medical Group, Inc.; The Permanente Medical Group, Inc., Group Life Insurance Plan; The Permanente Medical Group, Inc., Supplemental Medical Plan; The Permanente Medical Group's Group Long Term Care Insurance Plan; Kaiser Foundation Health Plan, Inc.; The Permanente Medical Group, Inc., Health Plan; The Permanente Medical Group, Inc., Dental Plan; The Retirement Plan for Physicians and Salaried Employees of The Permanente Medical Group, Inc.; The Supplemental Retirement Plan for Physicians and Salaried Employees of The Permanente Medical Group, Inc.; and The Permanente Medical Group, Inc. Retiree Health Benefit Plan (collectively the "Defendants") on the one hand, and Plaintiff George Bailey, M.D. on the other hand, that the Case Management Conference in this matter, presently scheduled for March 20, 2009 at 10:30 a.m. before the Honorable Judge Maxine Chesney, be continued to May 29, 2009 at 10:30 a.m., or thereafter, based on the Court's availability.  The parties have reached an agreement to settle this matter and are finalizing the terms of that agreement.  A continuance of the Case Management Conference will afford the parties the opportunity to finalize their agreement and most probably will avoid the need to consume judicial resources.

| | |
|---|---|
| DATED: March 13, 2009 | HANSON BRIDGETT LLP |

By:/s/
RAYMOND F. LYNCH
Attorneys for Defendants
The Permanente Medical Group, Inc.; The Permanente Medical Group, Inc., Group Life Insurance Plan; The Permanente Medical Group, Inc., Supplemental Medical Plan; The Permanente Medical Group's Group Long Term Care Insurance Plan; Kaiser Foundation Health Plan, Inc.; The Permanente Medical Group, Inc., Health Plan; The Permanente Medical Group, Inc., Dental Plan; The Retirement Plan for Physicians and Salaried Employees of The Permanente Medical Group, Inc.; The Supplemental Retirement Plan for Physicians and Salaried Employees of The Permanente Medical Group, Inc.; and The Permanente Medical Group, Inc. Retiree Health Benefit Plan

DATED: March 13, 2009

By:/s/
GEORGE BAILEY, M.D.

\*I, Jill N. Cartwright, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

## [PROPOSED] ORDER

The Case Management Conference presently scheduled for March 20, 2009 is hereby continued as follows: Friday, __May 29_____, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor. A Joint Case Management Statement shall be filed no later than May 22, 2009

**IT IS SO ORDERED.**

Dated: March 13, 2009

*[signature]*
HONORABLE MAXINE CHESNEY
United States District Court Judge

- 3 -